**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**BOBBY RAY ALLEN**                                                      **PETITIONER**

**v.**                                                 **CIVIL ACTION NO. 3:12-CV-764-CWR-FKB**

**WARDEN FRANK SHAW**                                       **RESPONDENT**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball, Docket No. 10, concerning the Respondent's Motion to Dismiss Pursuant to 28 U.S.C. § 2244(d), Docket No. 7. On May 23, 2013, Judge Ball recommended that the motion be granted and, pursuant to Federal Rule of Civil Procedure 72(b), commanded the parties to lodge any objections to his recommendation within 14 days after being served with a copy. Docket No. 10, at 4. That period has expired, and neither party has voiced an objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference, and the Motion to Dismiss is granted. A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 20th day of June, 2013.

                                                                              s/ Carlton W. Reeves
                                                                              UNITED STATES DISTRICT JUDGE